UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 1:19-cr-00020-LEW |
| | ) | |
| DESTINY ALTON, | ) | |
| | ) | |
| Defendant | ) | |

### ORDER ON DEFENDANT'S MOTION FOR TEMPORARY RELEASE

Defendant has moved for an order of temporary release to attend her niece's funeral in St. Albans, Maine. Defendant's one-paragraph motion does not explicate the factors that the Court is required to consider. The Court having independently reviewed Defendant's presentence investigation report and given all reasonable inferences to be drawn from her concise motion, denies the request.

18 U.S.C. § 3142(i) controls the resolution of this motion:

> The judicial officer may, by subsequent order, permit the temporary release of the person, in the custody of the United States marshal or another appropriate person, to the extent that the judicial officer determines such release to be necessary for preparation of the person's defense or for another compelling reason.

Naturally, Defendant does not claim that the release to attend her niece's funeral is necessary for the preparation of her defense; therefore, the relevant question is whether it is for "another compelling reason."

The death of a family member does not necessarily constitute a compelling reason for temporary release. To the contrary, the death of family members though infrequent is

inevitable. Moreover, any sliding-scale, interpretative creativity about what constitutes a compelling reason that differs from this observation would have to be supported by other circumstances. Some of those circumstances are present in Defendant's request, such as the short duration and close proximity of the temporary release. Still others militate against granting the motion, such as Defendant's profound history of substance abuse and a criminal history that involves at least two violent encounters. In short, Defendant has failed to meet her burden to demonstrate that she falls within the "compelling reason" standard for release under 18 U.S.C. § 3142(i).

The Court DENIES Defendant's Motion for Temporary Release (ECF No. 39). SO ORDERED.

Dated this 2nd day of June, 2021.

                                                 /s/ Lance E. Walker
                                            UNITED STATES DISTRICT JUDGE